1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JUAN PABLO NEGRETE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | No. CV 07-90-MMM (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, all the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation that have been filed herein. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that the motion to amend and stay the petition is denied and that Judgment be entered denying the petition.

DATED: December 31, 2007

                                        MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE