# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN PABLO NEGRETE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ROBERT A. HOREL, Warden,<br><br>　　　　　Respondent. | No. CV 07-90-MMM (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied.

DATED: December 31, 2007

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE